**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LEROY ROOSEVELT MACK,                              )
                                                   )          Case No. 2:15-cv-02021-JAD-NJK
                              Plaintiff(s),         )
                                                   )          RECUSAL ORDER
vs.                                                )
                                                   )
HONORABLE LLOYD D. GEORGE,                          )
                                                   )
                              Defendant(s).         )
_____)

   With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action.  IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

   DATED: February 26, 2016

                      _____
                      NANCY J. KOPPE
                      United States Magistrate Judge