**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEROY ROOSEVELT MACK, | ) |
| Plaintiff, | ) |
| | ) 2:15-cv-02021-JAD-CWH |
| v. | ) |
| | ) |
| HONORABLE LLOYD D. GEORGE, | ) **ORDER** |
| | ) |
| Defendant. | ) |

Plaintiff, who is a prisoner in the custody of the Federal Bureau of Prisons, has submitted a civil rights complaint under 42 U.S.C. § 1983.  (ECF No. 1.)  Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed in forma pauperis.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed in forma pauperis and attach both an inmate account statement for the past six months and a properly executed financial certificate.  The Court will retain Plaintiff's civil rights complaint (ECF No. 1) but will not take further action until the matter of the payment of the filing fee is resolved.

IT IS THEREFORE ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed in forma pauperis by a prisoner, as well as the document titled information and instructions for filing an in forma pauperis application.

IT IS FURTHER ORDERED that within 30 days from the date of this order, Plaintiff must either: (1) file a fully complete application to proceed in forma pauperis, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

/ / /

IT IS FURTHER ORDERED that Plaintiff's failure to timely comply with this order may result in a recommendation that his case be dismissed.

DATED: March 1, 2016

_____
C.W. Hoffman, Jr.
United States Magistrate Judge