# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEROY ROOSEVELT MACK, | |
| Plaintiff, | |
| v. | 2:15-cv-02021-JAD-CWH |
| HONORABLE LLOYD D. GEORGE, | **REPORT & RECOMMENDATION** |
| Defendant. | |

On March 1, 2016, the court entered an order (ECF No. 4) requiring Plaintiff Leroy Roosevelt Mack to file an application to proceed *in forma pauperis* or to pay the $400 filing fee for a civil action. Plaintiff's deadline for filing an application to proceed *in forma pauperis* or to pay the filing fee was March 31, 2016. (Order (ECF No. 4) at 2.) Plaintiff was explicitly warned that failure to comply with the court's order would result in a recommendation that his case be dismissed. (*Id.*) As of today's date, Plaintiff has not filed an application to proceed *in forma pauperis* and has not paid the filing fee.

IT IS THEREFORE RECOMMENDED that this case be dismissed without prejudice.

## **NOTICE**

This Report and Recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this Report and Recommendation may file a written objection supported by points and authorities within fourteen days of being served with this Report and Recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the District Court's Order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: June 23, 2016

_____
C.W. Hoffman, Jr.
United States Magistrate Judge