UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Leroy Roosevelt Mack, | 2:15-cv-02021-JAD-CWH |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation and Dismissing and Closing Case** |
| Honorable Lloyd D. George, | [ECF No. 5] |
| Defendant | |

Federal prisoner Leroy Roosevelt Mack brings this civil-rights action against the federal judge who revoked his supervised release.[1] Mack did not pay the filing fee or submit an application to proceed *in forma pauperis* with his complaint, so Magistrate Judge Hoffman ordered Mack to file a completed IFP application or pay the filing fee by March 31, 2016.[2] The magistrate judge's order expressly warned Mack that failure to pay the filing fee or submit a completed IFP application by this deadline would result in a recommendation of dismissal.[3]

Mack did not pay the filing fee or submit an IFP application by the March 31, 2016, deadline. Magistrate Judge Hoffman now recommends that I dismiss this case without prejudice.[4] Objections were due by July 8, 2016, and Mack has not filed an objection or requested an extension to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[5] Accordingly, and with good cause appearing,

IT IS HEREBY ORDERED that **the magistrate judge's report and recommendation**

---

[1] ECF No. 1.

[2] ECF No. 4.

[3] *Id.*

[4] ECF No. 5.

[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

**[ECF No. 5] is ADOPTED, and Mack's complaint [ECF No. 1] is DISMISSED without prejudice.**

The Clerk of Court is instructed to CLOSE THIS CASE.

Dated this 12th day of July, 2016.

_____
Jennifer A. Dorsey
United States District Judge